IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:10-cr-18-MEF |
| | ) | |
| JIMMY DOUGLAS ADAMS | ) | (WO) |

## **O R D E R**

Upon consideration of the United States' Motion for Leave to Dismiss Indictment Without Prejudice (Doc. # 22), filed on April 19, 2010, it is hereby ORDERED as follows:

1. The motion is GRANTED, and this case is DISMISSED without prejudice.

2. The deadlines and hearings set in this Court's April 16, 2010 Order (Doc. # 21) are CANCELLED, and the defendant's Motion to Review Detention Order (Doc. # 20), filed on April 13, 2010, is DENIED as moot.

DONE this the 20th day of April, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE